# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN HOUSE, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 20-3136 |
| PROBATION OFFICER, et al, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __29th__ day of April 2021, upon consideration and independent review of the petition for Writ of Habeas Corpus (ECF 1), together with Respondent's Response in Opposition (ECF 8), and after review of the Report and Recommendation of the United States Magistrate Judge Marilyn Heffley (ECF 11), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**